UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20799-CIV-GOLD/McALILEY

PAMELA GARBETT,

    Plaintiff,

v.

NCL (BAHAMAS), LIMITED, d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE ; CLOSING CASE

THIS CAUSE comes before the Court upon the parties' Joint Stipulation for Dismissal [DE 19] filed on July 15, 2008.  In this Stipulation, the parties request that this action be dismissed with prejudice, with each party to bear its respective costs and fees.  Having reviewed the Stipulation and the case file, it is hereby

ORDERED AND ADJUDGED that

    1.  Plaintiff's claims are dismissed with prejudice, with each party to bear their respective attorneys' fees and costs.

    2.    This case is CLOSED.

    3.    All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 16th day of July, 2008.

_____
HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record